**Opinion issued October 11, 2012**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-12-00412-CV

_____

**EFG INSURANCE AGENCY, INC., Appellant**

**V.**

**GARY BRISCO, Appellee**

On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2009-61929

## MEMORANDUM OPINION

Appellant has filed an agreed motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Brown.